AO 91 (Rev. 11/11) Criminal Complaint



FILED

JUL 2 2 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

United States of America          )
v.                               )
                                 )     Case No. 4:24mj__45
**Jamal Ashton Shields**          )
                                 )
                                 )
_____    )
           *Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>July 22, 2024</u> in the city of <u>Newport News, Virginia</u>, in the <u>Eastern District of Virginia</u>, the defendant(s) violated:

| *Code Section(s)* | *Offense Description(s)* |
|---|---|
| 18 U.S.C. § 1708 | Theft or receipt of stolen mail matter generally. |

This criminal complaint is based on these facts:  Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

Therese N. O'Brien
Assistant United States Attorney

_____
*Complainant's signature*

Keith C. Moore, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date:          July 22, 2024

City and state:  Norfolk, Virginia

_____
*Judge's signature*

Lawrence R. Leonard, United States Magistrate Judge
*Printed name and title*